IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT COURT OF WASHINGTON

In re:

**EDUARDO GOMEZ & LINDA GOMEZ**

Debtors.

In Chapter 7 Proceeding
NO. **12-42184-MJH**

**Order Reopening Case & Avoiding Judgment Liens**

---

IT IS ORDERED AS FOLLOWS that the above referenced case is reopened and the judgment lien of the following creditor is declared null and void with respect to the property commonly known as **2033 East 34th St., Tacoma, WA 98404** as follows:

Citibank South Dakota NA vs. Linda Gomez in the approximate amount of $27,505.82 plus interest, in the Pierce County Superior Court for the State of Washington with case number 10-2-10342-8 and a judgment number of 10-9-09421-1 filed on or about August 6, 2010.

/// end of order///

Presented by:
/s/ Ellen Ann Brown
**Ellen Ann Brown** WSBA 27992
Attorney for Debtor(s)

BROWN AND SEELYE
1700 Cooper Point Rd SW #C5
Olympia, WA 98502
888-873-1958