DocuSign Envelope ID: 8C87D39D-77F8-44F3-BD4B-7CFA72D106F4

THE HONORABLE MARY JO HESTON
CHAPTER 7
TELEPHONIC

BROWN & SEELYE PLLC
1700 Cooper Point Road SW C5
Olympia WA 98502
253-573-1958
866-422-6196 fax

## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

In re

EDUARDO GOMEZ
LINDA GOMEZ

    Debtor(s)

Case No. 12-42184-MJH

DECLARATION OF DEBTORS IN SUPPORT OF MOTION TO REOPEN & AVOID JUDGMENT LIEN(S)

---

EDUARDO GOMEZ and LINDA GOMEZ, being first duly sworn, do hereby depose and say under penalty of perjury:

1. We are the Debtors named above and have personal knowledge of all matters set forth herein.

2. Our bankruptcy was filed on March 30, 2012. As of the filing date our home located at 2033 East 34th St., Tacoma, WA 98404 was worth $138,500 as listed in our Schedule A in our Bankruptcy Petition and we had a first mortgage of $162,400.00.

5. There is a judgment lien listed below that impair the homestead exemption:

    Citibank South Dakota NA vs. Linda Gomez in the approximate amount of $27,505.82 plus interest, in the Pierce County Superior Court for the State of Washington with case number 10-2-10342-8 and judgment number 10-9-09421-1 filed on or about August 6, 2010.

**BROWN and SEELYE PLLC**
1700 Cooper Point Road SW #C5
Olympia, WA 98502
(253)573-1958
(253)503-4317 fax

We would ask the court to enter the Order Reopening our case and avoid this lien that impairs our homestead exemption.

Dated August 7, 2020

*Eduardo Gomez*                   *Linda Gomez*

EDUARDO GOMEZ            LINDA GOMEZ
Debtor                           Joint Debtor
**BROWN and SEELYE PLLC**
1700 Cooper Point Road SW #C5
Olympia, WA 98502
(253)573-1958
(253)503-4317 fax